IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 11-cv-03368-RBJ

RAMONA GIROUX,

    Plaintiff,

v.

SEAGATE US LLC,
SEAGATE TECHNOLOGY,
SEAGATE,
SEAGATE TECHNOLOGY, INC.,
SEGATE TECHNOLOGY (US) HOLDINGS, INC.,
SEGATE TECHNOLOGY, US, LLC, and
SEAGATE HOLDINGS, LLC,

    Defendants.

## ORDER DISMISSING ALL CLAIMS WITH PREJUDICE

Based on the Stipulation of the parties [Docket No. 4], the Court hereby grants the parties request to dismiss all claims with prejudice.

DATED this 10th day of April, 2012.

BY THE COURT:

_(signature)_

_____
R. Brooke Jackson
United States District Judge